IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Appellee | : | |
| v. | : | APPEAL NO. 24-2733 |
| | : | |
| JOHN DOUGHERTY, | : | |
| Appellant | : | |

## MOTION TO SUBSTITUTE NEW COUNSEL

1. The captioned Appellant, John Dougherty, was convicted and sentenced in the Eastern District of Pennsylvania following two jury trials before the Honorable Jeffrey L. Schmehl, United States District Judge.

2. Undersigned counsel was appointed on September 13, 2024, to represent Mr. Dougherty in connection with his appeal and filed a timely Notice of Appeal on September 16, 2024.

3. On January 7, 2025, counsel was selected to fill a vacant United States Magistrate Judge position in the Eastern District of Pennsylvania pending the completion of a background investigation.

4. Counsel anticipates that the background investigation will be completed shortly and expects to close her practice at that time.

5. It is now apparent that counsel will not be able to represent Mr. Dougherty through the completion of his appeal as the opening brief has not yet been filed and no scheduling order has been entered.

6. Accordingly, counsel respectfully submits that Mr. Dougherty's interests would be better served if continuity of counsel was assured and, therefore, requests that substitute counsel be appointed.

Respectfully submitted,

/s/ *Caroline G. Cinquanto, Esq.*
CAROLINE G. CINQUANTO, ESQ.
3331 Street Road, Suite 450
Bensalem, PA 19020

Attorney for Appellant
John Dougherty

# **CERTIFICATE OF SERVICE**

I, Caroline G. Cinquanto, Esq., hereby certify that I have electronically filed and served a copy of *Appellant's Motion to Substitute Counsel* upon Filing User Frank R. Costello, Esq., Assistant United States Attorney, through the Third Circuit Court of Appeals' Electronic Case Filing (NextGen CM/ECF) system.

                                       */s/ Caroline G. Cinquanto, Esq.*
                                       CAROLINE G. CINQUANTO

DATED: March 20, 2025